UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: )
)
CARL FREDRICK COSLOW ) CHAPTER 7
)
Debtor ) CASE NO. 16-32291-acs
)

**DEBTOR'S MOTION TO COMPEL**
**CHAPTER 7 TRUSTEE TO ABANDON PROPERTY**

\* \* \* \* \* \* \* \* \*

Comes now the Debtor, by counsel, and pursuant to 11 U.S.C. § 554 (b), moves the court to compel the Chapter 7 Trustee to abandon property; to-wit – the Debtor's interest in residential real estate located at 7908 Sutherland Farm Road, Prospect, Kentucky 40059.

The grounds for this motion are as follows:

1. Debtor filed his Voluntary Petition for Relief, pursuant to Chapter 7 of 11 U.S.C. on July 26, 2016.

2. An asset of his Estate included residential real estate located at 7908 Sutherland Farm Road, Prospect, Kentucky 40059, which was and is held jointly with his spouse in joint survivorship. A copy of the Deed, dated August 23, 2001, conveying said property to the Debtor and his spouse is attached hereto as Exhibit A.

3. On or about June 25, 2003, the Debtor and his spouse executed a mortgage to Washington Mutual Bank for money borrowed, in the sum of $380,400.00. The mortgage constituted a first priority mortgage on the subject residential real estate. This mortgage was duly filed to record in Mortgage Book 7878, Page 0592 in the office of the County Clerk of Jefferson County Kentucky. A copy of this mortgage is attached hereto as Exhibit B.

4. On or about May 14, 2015, the aforementioned mortgage was assigned to JPMorgan Chase Bank, N.A. ("Chase"). (See Exhibit C attached hereto).

5. As of the date of the Petition for Relief, the outstanding principle balance due Chase was $69,053.25.

6. On or about December 29, 2015, the Debtor and his spouse executed a "Commercial Mortgage" to Stock Yards Bank and Trust ("SYB") Company in the sum of $275,000.00. This mortgage was filed to record on January 4, 2016. This mortgage conveyed an interest in the subject real estate of the Debtor's interest only. As of the date of the Petition for Relief, the outstanding principle balance due SYB was $275,000.00. A copy of this mortgage is attached hereto as Exhibit D.

7. The Debtor listed the value of the residential real estate on his Schedule A as $528,000.00. On September 21, 2016 an appraisal was performed on the subject property, a copy of which is attached hereto as Exhibit E. The fair market value was determined to be $550,00.00, slightly higher than Debtor's estimate.

8. By amendment filed herein on October 3, 2016, Debtor restated the total value of the residence at $550,000.00; the portion he owns at $275,000.00; and the value of the property securing the debt of Stock Yards Bank as $275,000.00.

9. As of the Petition date, there was no equity in the subject property for this bankruptcy estate. In fact, as of the Petition date, Debtor (or his estate) held a value of negative $34,500.00.

10. Thus, this asset is burdensome to the estate and is of no or inconsequential value and benefit to the estate.

11. Pursuant to 11 U.S.C. § 554 (b), Debtor moves the Court to compel the Chapter 7 Trustee to abandon interest in the subject real property.

A proposed Order is tendered herein.

Respectfully submitted,

*/s/ David M. Cantor*
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Attorney for Debtor Carl Frederick Coslow*

**CERTIFICATE OF SERVICE**

It is hereby certified that on October 4, 2016, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee, Chapter 7 Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

*/s/ David M. Cantor*
DAVID M. CANTOR

G:\doc\DMC\COSLOW\Pldgs\Motion to Compel Ch 7 Trustee to Abandon Property.doc