UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CARL FREDRICK COSLOW | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | CASE NO. 16-32291-acs |
| | ) | |

## **ORDER**

\*\*\* \*\*\* \*\*\*

This case came before the Court upon the Debtor's Motion to Compel the Trustee to abandon interest in the jointly-owned residential real estate located at 7908 Sutherland Farm Road, Prospect, Kentucky 40059. A hearing having been held thereon, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** by the Court that the Chapter 7 Trustee be, and he is, compelled to abandon the estate's interest in the aforementioned real property.

DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400