# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Carl Frederick Coslow<br><br>Debtor(s) | Case No.:16−32291−acs<br><br>Chapter: 7<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Abandon Residential Real Estate known as 7908 Sutherland Farm Road, Prospect KY 40059. Fee Amount $ 176. Filed by Debtor Carl Frederick Coslow. Objections due by 10/19/2016. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Proposed Order) (Cantor, David) Modified on 10/6/2016 (Hurtt, D).

Dated: 10/6/16

| | FOR THE COURT |
|---|---|
| By: | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |