# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:
Carl Frederick Coslow

Debtor(s)

Case No.:16−32291−acs

Chapter: 7
Judge: Alan C. Stout

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Abandon Residential Real Estate known as 7908 Sutherland Farm Road, Prospect KY 40059. Filed by Debtor Carl Frederick Coslow 19. Hearing scheduled for 11/1/2016 at 09:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: service list. (Graham, S)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 10/21/16

By: slg
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court